# JEFFREY A. BRONSTER, ESQ.
**ATTORNEY AT LAW**
**17 WENDELL PLACE**
**FAIRVIEW, NEW JERSEY 07022**

---

**(201) 945-2566**

**Facsimile:  (201) 945-2688**
**email:  jbronster@bronsterlaw.com**

**MEMBER OF NEW JERSEY & NEW YORK BAR**

October 7, 2025

Honorable Douglas E. Arpert
United States District Court
402 East State Street
Trenton, NJ 08608

          Re:    Levin v. 35 Club LLC, et al.
                 Civil Action No. 3:22-cv-07143-GC-DEA

Dear Judge Arpert:

      I represent the defendants in the above-captioned case. The action has been stayed for some time because of the pendency of a criminal prosecution in Middlesex County against 35 Club and its owners. On September 30, 2025, the defendants were sentenced. Accordingly, I assume that the Plaintiff will be seeking to have the stay lifted.

      I would appreciate if the Court would schedule a Case Management Conference to discuss the scheduling of discovery. I wish to note in advance that there are still substantial 5th Amendment issues involved, although I assume that the Court will now prefer to address this issues as they arise during the course of discovery.

      Thank you for your courtesy in this matter. We shall await the further advice of the Court as to the scheduling of a conference.

                                    Respectfully yours,

                                    /s/ *Jeffrey A. Bronster*

                                  JEFFREY A. BRONSTER

cc:  All Counsel of Record